UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE L. ROSAS TORRES, ET AL.,

    Plaintiff(s)

v.                          Civ. No. 98-1446(PG)

CARLOS RIVERA RODRIGUEZ, ET AL.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #17 - Motion Requesting Withdrawal as Legal Counsel for Plaintiff | Granted |

Date: October 7, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge