# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE L. ROSAS TORRES, et al | * |
| Plaintiffs | * |
| vs. | *   Civil 98-1446 (PG) |
| CARLOS RIVERA RODRIGUEZ, et al | * |
| Defendants | * |

## ORDER TO SHOW CAUSE

It appears from the docket of this case that no action has been taken since October 12, 1999. At that time plaintiffs' counsel was granted leave to withdraw form the case, and the plaintiffs were granted thirty days to obtain new counsel. Plaintiff is hereby granted 10 days to show cause why this case should not be DISMISSED, for lack of prosecution.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 17th day of April, 2000.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

Rosas
4/18/00

AO 72A
(Rev. 8/82)

