ENTERED ON DOCKET
5/19/00 PURSUANT
TO FRCP RULES 58 & 79a

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

JOSE L. ROSAS TORRES, ET AL.,

    Plaintiffs

v.    Civ. No. 98-1446 (PG)

CARLOS RIVERA RODRIGUEZ, ET AL.,

    Defendants

## JUDGMENT

Having determined that Plaintiffs have failed to prosecute their case, it is hereby

**ORDERED and ADJUDGED** that the above captioned case is **DISMISSED with prejudice**.

San Juan, Puerto Rico, May 17, 2000.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

AO 72A
(Rev.8/82)